08-20204.ob

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20204-CR-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBINSON CRUZ VARGAS,

    Defendant.
_____/

## ORDER DENYING MOTION TO RATIFY STIPULATED BOND

**This matter** is before this Court on defendant's Motion to Ratify Stipulated Bond, filed May 28, 2008. The Court has considered the motion and all pertinent materials in the file.

The Court finds this motion among the incredible. The government originally sought pre-trial detention. The government opposed a motion by defendant to reconsider the finding that detention was appropriate. Now, without any supporting reason, the parties ask this Court to ratify an agreement to set a personal surety bond.

In addition to the above, and not just incidentally, defendant is charged in a five count indictment with conspiracy to possess and actual possession of, with the intent to distribute ... heroin and ecstacy... multiple times... and also not just incidentally, it appears the defendant is here illegally. Anyone see a problem with this motion? This Court does.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED**.

**DONE AND ORDERED** this 2d day of June, 2008, at Miami, Florida.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Ursula Ungaro
Counsel of record
Pretrial Services